FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

May 11, 2015

District Clerk Tarrant County
Thomas Wilder
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

**Re:** MILLER, CHRISTOPHER ADRIAN
**CCA No.** PD-0038-14
**COA No.** 02-12-00487-CR
**Trial Court Case No.** 1264863D

The Court of Criminal Appeals has this day issued a mandate for the above-referenced and styled case number. The mandate will be transmitted electronically only.

> ***DISTRICT CLERK***
> **MANDATE RECEIPT ACKNOWLEDGEMENT**
> Pursuant to Rule 51.2(a)(1) T.R.A.P, please acknowledge receipt of the mandate of the Court of Criminal Appeals in the above numbered and styled case via this email link.

Sincerely,

Abel Acosta, Clerk

cc:  2nd Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
371st District Court Presiding Judge
District Attorney Tarrant County (DELIVERED VIA E-MAIL)
Debra Ann Windsor (DELIVERED VIA E-MAIL)
Terry Barlow (DELIVERED VIA E-MAIL)

FILE COPY



# TEXAS COURT OF CRIMINAL APPEALS

Austin, Texas

# M A N D A T E

### TRIAL COURT NO. **1264863D**

### COURT OF APPEALS NO. **02-12-00487-CR**

**THE STATE OF TEXAS,**

**TO THE 371ST DISTRICT COURT OF TARRANT COUNTY — GREETINGS:**

Before our **COURT OF CRIMINAL APPEALS**, on **APRIL 15, 2015**, the cause upon appeal to review, revise or reverse your Judgment between:

**CHRISTOPHER ADRIAN MILLER**

**VS.**

**THE STATE OF TEXAS**

**CCRA NO. PD-0038-14**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the **STATE'S** Petition for Discretionary Review, and the same being inspected, it is **ORDERED, ADJUDGED AND DECREED** by the Court that the Petition for Discretionary Review be **GRANTED**.

The judgment of the Court of Appeals is **REVERSED** and the judgment of the trial court is **REINSTATED**, in accordance with the Opinion of this Court, and that this decision be certified below for observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things to have it duly **RECOGNIZED, OBEYED AND EXECUTED.**

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS**,

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, May 11, 2015**.

**ABEL ACOSTA**, Clerk

By: Deana Williamson, Deputy Clerk